## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Medcenter One Health Systems<br>300 N. 7th Street<br>Bismarck, North Dakota 58501 | )<br>)<br>)<br>) | |
| St. Alexius Medical Center<br>900 E. Broadway Avenue<br>Bismarck, North Dakota 58501 | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | **ORDER** |
| vs. | )<br>)<br>) | |
| Michael O. Leavitt, Secretary<br>United States Department of Health and<br>Human Services<br>200 Independence Avenue, SW<br>Washington, D.C. 20201 | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:08-cv-063 |
| Defendant. | ) | |

___

Given the nature of this case, this court will not require the parties to complete the standard scheduling and discovery plan. Rather, the court will conduct a conference with the parties to set pretrial deadlines on October 6, 2008, at 10:00 a.m. CDT. The conference shall be conducted via telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 5th day of September, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge